UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-26045-RS

THE SMILEY COMPANY SPRL,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
______________________________________________/

# NOTICE OF SEALED FILING

PLEASE TAKE NOTICE Plaintiff The Smiley Company SPRL, by undersigned counsel, hereby files the attached Schedule "A" to the Complaint under Seal pursuant to the Court's Order Granting Motion to Seal Schedule A (ECF No. 7).

Date: April 5, 2026

Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Attorney Email: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
*Counsel for Plaintiff*