UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-26045-RS

THE SMILEY COMPANY SPRL,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____/

## NOTICE OF NINETY DAYS EXPIRING

PLEASE TAKE NOTICE Plaintiff, The Smiley Company SPRL ("Plaintiff"), by undersigned counsel and pursuant to S.D. Fla. L.R. 7.1(b)(4), hereby submits this Notice of Ninety Days Expiring and respectfully states as follows:

1.    On December 24, 2025, Plaintiff filed its *Ex Parte* Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets [ECF No. 5] and its *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendants [ECF No. 6] in the above styled case.

2.    Because the foregoing motions were filed *ex parte*, no parties have been served in this case. Further, no hearings have been held on these motions.

Date:   July 6, 2026                              Respectfully submitted by,

                                                  **Richard Guerra**
                                                  Richard Guerra (Fla. Bar No. 689521)
                                                  Email: rguerra@brickellip.com
                                                  THE BRICKELL IP GROUP, PLLC
                                                  1101 Brickell Avenue, South Tower, Suite 800
                                                  Miami FL, 33131
                                                  Telephone: (305) 728-8831
                                                  *Attorneys for Plaintiff*

2