UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-26045-RS

THE SMILEY COMPANY SPRL,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
_______________________________________/

**PLAINTIFF'S MOTION TO EXTEND EX PARTE TEMPORARY RESTRAINING ORDER AND RESCHEDULE HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, The Smiley Company SPRL ("Plaintiff" or "Smiley"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 65(b)(2) and S.D. Fla. L.R. 7.1, respectfully moves for an order extending the Court's Order Granting Ex Parte Application for Entry of Temporary Restraining Order [ECF No. 10] and rescheduling the presently scheduled September 2, 2026, hearing on Plaintiff's Motion for Preliminary Injunction, and in support states as follows:

1. On August 20, 2026, this Court issued its Order Granting Ex Parte Application for Entry of Temporary Restraining Order (the "TRO") and scheduled the hearing on Plaintiff's request for entry of a preliminary injunction for September 2, 2026, at 9:00 a.m. [ECF No. 10]. Pursuant to the TRO, any third-party financial institution, payment processor, or marketplace platform providing services to the Defendants identified on Schedule "A" to the Complaint (specifically, Amazon.com, through which all Defendants operate their e-commerce stores) that receives notice of the TRO is directed to restrain the respective financial accounts of the Defendants within five (5) business days of receipt of notice and is further directed to provide

Plaintiff with expedited discovery relating to the identities of the Defendants and the details of their respective financial accounts. TRO ¶ 4.

2. On August 21, 2026, undersigned counsel provided a copy of the TRO to counsel and/or representatives for Amazon.

3. Amazon has yet to respond. It is undersigned counsel's experience that it requires approximately three to four weeks for Amazon to process and restrain the accounts associated with the Defendants identified on Schedule "A" to the Complaint.

4. As set forth in the Court's TRO, if the Defendants are notified of this proceeding prior to having their respective accounts restrained, "the Defendants can easily and quickly change the ownership or modify domain registration and e-commerce store account data and content, change payment accounts, redirect consumer traffic to other seller identification names, and transfer assets and ownership of Seller IDs thereby thwarting the Plaintiff's ability to obtain meaningful relief." TRO at p. 13. Therefore, before Plaintiff can proceed with service of the TRO on Defendants (and thus, with this Court's presently scheduled September 2, 2026, preliminary injunction hearing), Plaintiff must first receive confirmation from Amazon that the financial accounts owned by Defendants have been restrained. Moreover, Plaintiff cannot notify the Defendants of the hearing or serve the Complaint on them until Plaintiff receives the Defendants' contact information from Amazon. See TRO ¶ 11 (directing Plaintiff to serve the Complaint, Application for TRO, and the TRO on each Defendant only after Plaintiff's counsel receives confirmation from the financial institutions regarding the funds restrained).

5. Pursuant to Federal Rule of Civil Procedure 65, this Court may issue a temporary restraining order for a period of fourteen (14) days, and "for good cause," may extend a temporary restraining order for a "like period" of time. Fed. R. Civ. P. 65(b)(2). Here, because Plaintiff will

not be in a position to restrain all of the Defendants' accounts or notify Defendants of the preliminary injunction hearing prior to the preliminary injunction hearing currently set forth in the TRO, good cause exists for an extension of the TRO.

WHEREFORE, Plaintiff respectfully requests that this Court: (1) reschedule the hearing on Plaintiff's Motion for Preliminary Injunction to a date and time following September 2, 2026; and (2) extend the TRO [ECF No. 10] to remain in effect until after the conclusion of the rescheduled preliminary injunction hearing.

Date: August 26, 2026

Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Attorney Email address: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*