UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-26045-RS

THE SMILEY COMPANY SPRL,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
_______________________________________/

**ORDER**

THIS MATTER comes before the Court on Plaintiff's Motion to Extend Ex Parte Temporary Restraining Order and Reschedule Hearing on Motion for Preliminary Injunction (the "Motion"). Having reviewed the Motion and the record, the Court hereby ORDERS AND ADJUDGES that the Motion is GRANTED.

1) The September 2, 2026 hearing date presently set forth by the Order Granting Ex Parte Application for Entry of Temporary Restraining Order [ECF No. 10] (the "TRO") is rescheduled for ______________, 2026 at __:__ am/pm; and

2) The TRO dated August 20, 2026 [ECF No. 10], shall remain in effect until after the conclusion of the rescheduled preliminary injunction hearing.

DONE AND ORDERED in Fort Lauderdale, Florida this ____ day of ______________, 2026 at __:__ AM/PM.

_________________________________
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record