UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-26045-RS

THE SMILEY COMPANY SPRL,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.
_____________________________________/

**CORRECTED NOTICE OF FILING PROPOSED SUMMONS**[1]

Plaintiff, THE SMILEY COMPANY SPRL ("Plaintiff"), by and through its undersigned counsel, hereby gives notice that the attached proposed summons is being electronically filed. Schedule "A" to the Complaint is also attached. *See* August 20, 2026 Sealed Order permitting service by email in this case [ECF No. 11], and August 20, 2026 Order directing Clerk to issue a single original summons in the name of "The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A of the Complaint." [ECF No. 10 at p. 16].

Date: August 28, 2026

Respectfully submitted by,

THE BRICKELL IP GROUP, PLLC
**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Attorney email: rguerra@brickellip.com
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831

[1] The previously filed proposed summons did not include the attached Schedule A.