# SCHEDULE A

| Def. No. | Platform | Seller name | url | Store url |
|---|---|---|---|---|
| 1 | Amazon.com | AGAOSH | https://www.amazon.com/dp/B0DJLMRGMD | https://www.amazon.com/gp/aag/main?ie=UTF8&seller=A3 |
| 2 | Amazon.com | AI HUI Auto Supply Shop | https://www.amazon.com/dp/B095T1BM7J | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 3 | Amazon.com | aifuyuan | https://www.amazon.com/Swimming-Cap-Elastic | https://www.amazon.com/sp?ie=UTF8&seller=A1CUJMIGW |
| 4 | Amazon.com | Amfor | https://www.amazon.com/dp/B09MCRRDDK | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 5 | Amazon.com | ANKOMINA | https://www.amazon.com/dp/B0CPLTRPVH | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 6 | Amazon.com | Anwyll | https://www.amazon.com/dp/B0CTQJQBF7 | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 7 | Amazon.com | BIG GAUGES | https://www.amazon.com/dp/B082HKQ13Z | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 8 | Amazon.com | Bolsome Online Store | https://www.amazon.com/dp/B0CD417G14 | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 9 | Amazon.com | caiwei456 | https://www.amazon.com/GHBNK-Handbag-Cros | https://www.amazon.com/sp?ie=UTF8&seller=A15PVB9JRG |
| 10 | Amazon.com | caiyunxiaodian | https://www.amazon.com/STVNKML-8-Pack-Wate | https://www.amazon.com/sp?ie=UTF8&seller=ADYH6BI7IP |
| 11 | Amazon.com | Central 23 US ✌ | https://www.amazon.com/dp/B094DHY95P | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 12 | Amazon.com | chanchengailinao | https://www.amazon.com/dp/B0DKPWSCPB | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 13 | Amazon.com | CHARLENT | https://www.amazon.com/dp/B0FF43RB66 | https://www.amazon.com/sp?ie=UTF8&seller=A2E1XRE4O |
| 14 | Amazon.com | Cheeroyal | https://www.amazon.com/dp/B0BVHNLQ2N | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 15 | Amazon.com | DAZHANHONGTU | https://www.amazon.com/Lllunimon-Vintage-Pen | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 16 | Amazon.com | dhsaui56245 | https://www.amazon.com/dp/B0D7S7J3D6 | https://www.amazon.com/gp/aag/main?ie=UTF8&seller=A1 |
| 17 | Amazon.com | Double Gift | https://www.amazon.com/Baseball-Adjustable-O | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 18 | Amazon.com | Drincoshow | https://www.amazon.com/dp/B0BHPDSDWP | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 19 | Amazon.com | erhushangpu | https://www.amazon.com/dp/B0FF9QRGFT | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 20 | Amazon.com | facai777 | https://www.amazon.com/dp/B0DQTJQMCC | https://www.amazon.com/sp?ie=UTF8&seller=A1SI0DHUO |
| 21 | Amazon.com | Fay's Warehouse | https://www.amazon.com/dp/B0DQQ29242 | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 22 | Amazon.com | fengchengxiaodian | https://www.amazon.com/dp/B0DQ4QNL8N | https://www.amazon.com/sp?ie=UTF8&seller=A2LES2SO3 |
| 23 | Amazon.com | FsAlisa | https://www.amazon.com/dp/B0DHL1MTC3 | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 24 | Amazon.com | fufujewelry | https://www.amazon.com/dp/B08Y7NGDMF | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 25 | Amazon.com | fulaixiaodian | https://www.amazon.com/Spring-T-Shirt-Yellow-S | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 26 | Amazon.com | GCPSY | https://www.amazon.com/dp/B09DGCHMGP | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 27 | Amazon.com | Guangyi Lighting | https://www.amazon.com/dp/B0D4PVM4RD | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 28 | Amazon.com | guyarns | https://www.amazon.com/Sandals-Slippers-Anti- | https://www.amazon.com/sp?ie=UTF8&seller=A2P84XZ1V |
| 29 | Amazon.com | HANDA INSTRUMENT | https://www.amazon.com/Gzcvba-Slippers-Cushi | https://www.amazon.com/sp?ie=UTF8&seller=A1CMF5B5R |
| 30 | Amazon.com | hanglishiye | https://www.amazon.com/dp/B0DHZHBP3X | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 31 | Amazon.com | hangshangxd | https://www.amazon.com/LPSADGF-Crossbody-B | https://www.amazon.com/sp?ie=UTF8&seller=A1K23PJR4P |
| 32 | Amazon.com | hefeishidaiwendianzishangwuyouxiangongsi | https://www.amazon.com/dp/B0CLZXGTCJ | https://www.amazon.com/gp/aag/main?ie=UTF8&seller=A2 |
| 33 | Amazon.com | HOME BETTER | https://www.amazon.com/FACAXEDRE-Smiley-Sli | https://www.amazon.com/sp?ie=UTF8&seller=AMQOW70E |
| 34 | Amazon.com | INSS jewelry | https://www.amazon.com/dp/B0D1BKTWNS | https://www.amazon.com/gp/aag/main?ie=UTF8&seller=A2 |
| 35 | Amazon.com | Jajajuegos | https://www.amazon.com/dp/B0DR8BQ5R3 | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 36 | Amazon.com | JIUQIANTAI | https://www.amazon.com/dp/B0D4D4MTDK | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 37 | Amazon.com | JUNYINGSHOP | https://www.amazon.com/RTFGHJS-Oversized-W | https://www.amazon.com/gp/aag/main?ie=UTF8&seller=A5 |
| 38 | Amazon.com | kaidengshangmao | https://www.amazon.com/dp/B0DQ76P7ZS | https://www.amazon.com/sp?ie=UTF8&seller=AKW3YI5H2 |
| 39 | Amazon.com | LaChapelleer | https://www.amazon.com/dp/B0DF7K1WF4 | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 40 | Amazon.com | laihuarywa | https://www.amazon.com/dp/B0F3W5NT83 | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 41 | Amazon.com | LES POULETTES JEWELS | https://www.amazon.com/dp/B007MSQ37M | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 42 | Amazon.com | LEZIRTOI | https://www.amazon.com/LEZIRTOI-Smiley-Slippe | https://www.amazon.com/sp?ie=UTF8&seller=A1UJDDXRD |
| 43 | Amazon.com | liqinxiaodian01 | https://www.amazon.com/dp/B0DQXP6FZK | https://www.amazon.com/sp?ie=UTF8&seller=A28NF57O6 |
| 44 | Amazon.com | littkeef cliaet | https://www.amazon.com/dp/B0CM63MKZM | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 45 | Amazon.com | luckbonnie | https://www.amazon.com/dp/B09Y32D7NP | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 46 | Amazon.com | M + L | https://www.amazon.com/folia-32029-Rainbow-S | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 47 | Amazon.com | Meinameizhou | https://www.amazon.com/dp/B08MLNN234 | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 48 | Amazon.com | MUXIN-US | https://www.amazon.com/dp/B0C5M5F5QX | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 49 | Amazon.com | Ningboanyong | https://www.amazon.com/dp/B0CGHZ8CCR | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 50 | Amazon.com | Online India Shop | https://www.amazon.com/dp/B0FCFS5P16 | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 51 | Amazon.com | pinglingsm | https://www.amazon.com/Round-Badge-Brooche | https://www.amazon.com/gp/aag/main?ie=UTF8&seller=A1 |
| 52 | Amazon.com | qiweixiaodian | https://www.amazon.com/dp/B0DSZJKDPN | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 53 | Amazon.com | RAFER U.S. | https://www.amazon.com/dp/B0CGVJKYHV | https://www.amazon.com/gp/aag/main?ie=UTF8&seller=A3 |
| 54 | Amazon.com | SALAD ORANGE | https://www.amazon.com/CHABER-Earrings-Sterl | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 55 | Amazon.com | SANSANDEXIAODIAN | https://www.amazon.com/dp/B0BHT9HLQR | https://www.amazon.com/gp/aag/main?ie=UTF8&seller=AC |
| 56 | Amazon.com | Sheho Online | https://www.amazon.com/dp/B09MF1TXCP | https://www.amazon.com/sp?ie=UTF8&seller=A24HPTV9TN |
| 57 | Amazon.com | Shenzhen Mizhen Trading Co., Ltd | https://www.amazon.com/dp/B08S6TBTM6 | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 58 | Amazon.com | Street Region | https://www.amazon.com/dp/B0CDLNZBLD | https://www.amazon.com/gp/aag/main?ie=UTF8&seller=A2 |
| 59 | Amazon.com | TD.Shopthuyduongls | https://www.amazon.com/Emotions-Acrylic-Patte | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 60 | Amazon.com | tianyifengdshop | https://www.amazon.com/dp/B0F6NGZKXN | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 61 | Amazon.com | TJcolin | https://www.amazon.com/dp/B096Z5MCHJ | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 62 | Amazon.com | Townshine | https://www.amazon.com/dp/B0CFLMXFJ3 | https://www.amazon.com/sp?ie=UTF8&seller=A2JUJ91KTE |
| 63 | Amazon.com | twaption | https://www.amazon.com/dp/B0FDG765NX | https://www.amazon.com/sp?ie=UTF8&seller=A2TP0Q1X8 |
| 64 | Amazon.com | UCUHNB | https://www.amazon.com/UCUHNB-Slippers-Tod | https://www.amazon.com/sp?ie=UTF8&seller=A1K3PQWJV |
| 65 | Amazon.com | Uonesone | https://www.amazon.com/Uonesone-Slippers-Sa | https://www.amazon.com/sp?ie=UTF8&seller=A373VD0JQ7 |
| 66 | Amazon.com | VeraTse---US | https://www.amazon.com/dp/B09YVPFW3Z | https://www.amazon.com/gp/aag/main?ie=UTF8&seller=A2 |
| 67 | Amazon.com | wangleshanghang | https://www.amazon.com/THGJK-Cycling-Breatha | https://www.amazon.com/sp?ie=UTF8&seller=A1LKAWVRW |
| 68 | Amazon.com | WARMYHOME | https://www.amazon.com/Beishani-Slippers-slipp | https://www.amazon.com/sp?ie=UTF8&seller=A12VVMUIM |
| 69 | Amazon.com | WARMYWORLD | https://www.amazon.com/Bevaney-Slippers-Prep | https://www.amazon.com/sp?ie=UTF8&seller=A18WZOGO |
| 70 | Amazon.com | Woent | https://www.amazon.com/dp/B08RX3J3BZ | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 71 | Amazon.com | Wylugo | https://www.amazon.com/YJJY-Smile-Slippers-Lig | https://www.amazon.com/sp?ie=UTF8&seller=AWKIMFIML |
| 72 | Amazon.com | xingshijiabune | https://www.amazon.com/dp/B0CSX94CL6 | https://www.amazon.com/sp?ie=UTF8&seller=A19LOAY7M |
| 73 | Amazon.com | yanfangshangdian | https://www.amazon.com/Earrings-Statement-Hy | https://www.amazon.com/sp?ie=UTF8&seller=A28GKB1Y2 |
| 74 | Amazon.com | YIGOFUTURE | https://www.amazon.com/dp/B0F4D4GBZS | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |

# SCHEDULE A

| | | | | |
|---|---|---|---|---|
| 75 | Amazon.com | YIKUOSHOP | https://www.amazon.com/LYHVSFJW-Bucket-Fish | https://www.amazon.com/sp?ie=UTF8&seller=A3NIP504LF |
| 76 | Amazon.com | YohokGo | https://www.amazon.com/dp/B0CLLDFPM9 | https://www.amazon.com/sp?ie=UTF8&seller=A3IMMJYXLU |
| 77 | Amazon.com | yumeishm | https://www.amazon.com/Swimming-Cap-Elastic | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 78 | Amazon.com | YYSuniee | https://www.amazon.com/Titanium-Spliced-Neck | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 79 | Amazon.com | zhang87ya | https://www.amazon.com/dp/B0F59ZB7P3 | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 80 | Amazon.com | zhangyuzzzz | https://www.amazon.com/dp/B0DY7SDFMQ | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |
| 81 | Amazon.com | ZHYUANSTORE | https://www.amazon.com/FJWKLRBV-Yellow-Drav | https://www.amazon.com/sp?ie=UTF8&seller=A2WUIB3LS8 |
| 82 | Amazon.com | 不锈钢厨具店 | https://www.amazon.com/dp/B0DY63M25Y | https://www.amazon.com/gp/help/seller/at-a-glance.html/r |