UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-26045-RS

THE SMILEY COMPANY SPRL,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.

_______________________________________/

**AMENDED ORDER**

This matter comes before the Court on Plaintiff's Motion to Extend *Ex Parte* Temporary Restraining Order and Reschedule Hearing on Motion for Preliminary Injunction (the "Motion"). Having reviewed the Motion and the record, the Court hereby

**ORDERS AND ADJUDGES** that the Motion [DE 12] is **GRANTED**.

1) The September 2, 2026 hearing date presently set forth by the Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order [DE 10] (the "TRO") is rescheduled for **September 16, 2026 at 9:00 am** via telephone; and

2) Counsel and/or parties shall call the audio conference toll-free number 833-435-1820, five (5) minutes prior to the start of the hearing and, as prompted, enter the Meeting ID number, 161-394-8699. The system will request a Participant ID, please disregard. As prompted, enter the Passcode 632303. Counsel should enter *6 to unmute and state your name and the name of the party you represent

3) The TRO dated August 20, 2026 [DE 10], shall remain in effect until after the conclusion of the rescheduled preliminary injunction hearing.

4) Any response or opposition to Plaintiff's Motion for Preliminary Injunction must be filed with the Court and served on Plaintiff's counsel by September 12, 2026. Plaintiff's reply is due on September 14, 2026.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 28th day of August. 2026.

cc: counsel of record

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**