UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-26045-RS

THE SMILEY COMPANY SPRL,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.
______________________________________/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

Bolsome Online Store (Defendant No. 8 on Schedule "A" to the Complaint);

DAZHANHONGTU (Defendant No. 15 on Schedule "A" to the Complaint);

facai777 (Defendant No. 20 on Schedule "A" to the Complaint);

MUXIN-US (Defendant No. 48 on Schedule "A" to the Complaint);

Sheho Online (Defendant No. 56 on Schedule "A" to the Complaint);

twaption (Defendant No. 63 on Schedule "A" to the Complaint); and

YohokGo (Defendant No. 76 on Schedule "A" to the Complaint).

Date: September 7, 2026

Respectfully submitted by,

**Rafael Perez-Pineiro**
Rafael Perez-Pineiro (Fla. Bar No. 543101)
Attorney Email: rperez@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831

*Attorneys for Plaintiff*