**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-26045-SMITH**

The Smiley Company SPRL,

Plaintiff,

v.

The Individuals, Partnerships and
Unincorporated Associations
Identified on Schedule "A",

Defendants.

---

**ORDER OF FINAL DISMISSAL WITH PREJUDICE OF CERTAIN DEFENDANTS**

This cause is before the Court upon Plaintiff's Notices of Voluntary Dismissal [DE 20 and 22]. Upon consideration, it is **ORDERED** that the following Defendants are **DISMISSED with prejudice:**

Bolsome Online Store (Defendant No. 8 on Schedule "A" to the Complaint);
DAZHANHONGTU (Defendant No. 15 on Schedule "A" to the Complaint);
facai777 (Defendant No. 20 on Schedule "A" to the Complaint);
MUXIN-US (Defendant No. 48 on Schedule "A" to the Complaint);
Sheho Online (Defendant No. 56 on Schedule "A" to the Complaint);
twaption (Defendant No. 63 on Schedule "A" to the Complaint);
YohokGo (Defendant No. 76 on Schedule "A" to the Complaint);
Jajajuegos (Defendant No. 35 on Schedule "A" to the Complaint); and
YYSuniee (Defendant No. 78 on Schedule "A" to the Complaint).

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of September, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record