**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-26045-SMITH**

The Smiley Company SPRL,

Plaintiff,

v.

The Individuals, Partnerships and
Unincorporated Associations
Identified on Schedule "A",

Defendants.

---

**ORDER OF FINAL DISMISSAL WITHOUT PREJUDICE OF CERTAIN DEFENDANTS**

This cause is before the Court upon Plaintiff's Notices of Voluntary Dismissal [DE 18, 19 and 21]. Upon consideration, it is **ORDERED** that the following Defendants are **DISMISSED without prejudice:**

Central 23 US ✌ (Defendant No. 11 on Schedule "A" to the Complaint);

fufujewelry (Defendant No. 25 on Schedule "A" to the Complaint); and

Ningboanyong (Defendant No. 49 on Schedule "A" to the Complaint).

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of September, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record