**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-26045-SMITH**

The Smiley Company SPRL,

Plaintiff,

v.

The Individuals, Partnerships and
Unincorporated Associations
Identified on Schedule "A",

Defendants.

---

**ORDER TO SHOW CAUSE**

This cause came before the Court upon a *sua sponte* examination of the record. Plaintiff filed this action on December 22, 2025. On August 20, 2026, the Court issued its Order Granting Motion for Alternative Service [DE 11]. To date, there is no indication in the court file that any of the Defendants identified on Schedule "A" of the Complaint [DE 8] have been served with the Summons and Complaint. Accordingly, it is

**ORDERED** that on or before **September 15, 2026,** Plaintiff shall file an affidavit or return of service as to each Defendant or show any good cause as why Defendants have not been served. Failure to comply with this Order will result in dismissal of this matter without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of September, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record