**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-26045-SMITH**

The Smiley Company SPRL,

Plaintiff,

v.

The Individuals, Partnerships and Unincorporated Associations Identified on Schedule "A",

Defendants.

---

**SEALED ORDER DISSOLVING TEMPORARY RESTRAINING ORDER**

This matter is before the Court *sua sponte.* A review of the record indicates that on August 20, 2026, the Court issued its sealed Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order [DE 10]. That Order states that "[p]ursuant to 15 U.S.C. § 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c), the Plaintiff shall post a bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00)[.]" On August 28, 2026, the Court entered an Amended Order extending the TRO until after the conclusion of the preliminary injunction hearing scheduled for September 16, 2026 [DE 16].

However, a review of the record indicates that Plaintiff has failed to post a bond, as ordered by the Court and as required by Rule 65(c).

Accordingly, it is **ORDERED that**

1. The August 20, 2026, Temporary Restraining Order is **DISSOLVED** immediately; and

2. Plaintiff shall immediately serve this Order on Defendants and any third party financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms who is providing services for any of the Defendants.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of September, 2026.

cc: counsel of record