UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-26045-RS

THE SMILEY COMPANY SPRL,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
_________________________________________/

**PROOF OF SERVICE**

I certify and declare that I am over the age of 18 years, reside in the county of Miami- Dade, and I am an attorney for THE SMILEY COMPANY SPRL, in the above-captioned action.

The Brickell IP Group, PLLC served emailed copies of the Complaint (ECF No. 1), Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order (ECF No. 10), Order Granting Motion for Alternative Service (ECF No. 11), and Amended Order Extending Temporary Restraining Order (ECF. No. 16) (collectively, the "Service of Process Documents"), to the foreign Defendants on August 28, 2026.

The Brickell IP Group, PLLC also effected service of process on Defendants via publication by posting a true and accurate copy of the Complaint, Court's Orders, and all other filings in this case, on the website: https://www.dropbox.com/scl/fo/qzkc4bp9bguo7g1n0jfsk/AO1MbjMzw550szl92qeGyso?rlkey=5zowjvyv4o3lba6qxvv7m0ejm&st=yzymqbdl&dl=0.

I declare under penalty of perjury under the laws of the United States of America that

the foregoing is true and correct.

Executed on September 15, 2026, at Miami-Dade County, Florida.

Respectfully submitted by,

**Richard Guerra**
Richard Guerra
Fla. Bar No. 689521
Email: RGuerra@BrickellIP.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

*Counsel for Plaintiff*