UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-26045-RS

THE SMILEY COMPANY SPRL,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.
_____________________________________________/

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff, THE SMILEY COMPANY SPRL ("Plaintiff"), by and through its undersigned counsel, hereby responds to the Court's September 11, 2026 Order to Show Cause [ECF No. 25] and states as follows:

On August 28, 2026, Plaintiff served the Defendants in this case in accordance with the alternative service means authorized by this Court's August 20, 2026 Order [ECF No. 11]. *See* Plaintiff's September 15, 2026 Proof of Service [ECF No. 30].

Date: September 15, 2026

Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Email: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831

*Attorneys for Plaintiff*