UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-26045-RS

THE SMILEY COMPANY SPRL,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.
_______________________________________/

**PLAINTIFF'S MOTION TO UNSEAL**

Plaintiff, THE SMILEY COMPANY SPRL, by and through its undersigned counsel, hereby moves this Court for an Order unsealing all documents that have been restricted/sealed from the Court docket and returning all portions of the Court file to the public records. As grounds therefore, Plaintiff states:

1. On August 20, 2026, the Court issued a Sealed Order Granting Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order (the "Sealed Temporary Restraining Order") [ECF No. 10]. Upon receipt, Plaintiff served the Sealed Temporary Restraining Order on the requisite financial institutions to restrain Defendants' financial accounts at issue.

2. Plaintiff has confirmed the restraints of the remaining Defendants' accounts and has served the Complaint, Summons, Sealed Temporary Restraining Order, and all pleadings and filings in this matter on each Defendant in this action by: (1) providing the address to Plaintiff's designated Serving Notice Website to Defendants via e-mail to the e-mail accounts provided by the e- commerce platform associated with each of the Seller IDs, and (2) posting a

copy of all documents filed in this matter at the following URL: https://www.dropbox.com/scl/fo/qzkc4bp9bguo7g1n0jfsk/AO1MbjMzw550szl92qeGyso?rlkey=5zowjvyv4o3lba6qxvv7m0ejm&st=yzymqbdl&dl=0. Proof of Service [ECF No. 30].

3. As a seal on this matter is no longer required, Plaintiff respectfully requests this matter be unsealed and the portions of the docket relating to Plaintiff's Ex Parte Motion for TRO, together with all other documents that have been restricted from the Court docket, be returned to the public portions of the Court file.

WHEREFORE, Plaintiff respectfully requests this Court issue an Order unsealing all documents filed with the Court that have been restricted from the Court docket and direct the Clerk to return those portions of the Court file to the public records.

Date: September 15, 2026

Respectfully submitted by,

**Richard Guerra**
Richard Guerra
Fla. Bar No. 689521
Email: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

*Counsel for Plaintiff*