UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-26045-RS

THE SMILEY COMPANY SPRL,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.
_____________________________________________/

**ORDER**

**THIS MATTER** comes before the Court on the Plaintiff's Motion to Unseal ("Motion"). Having carefully reviewed the record, the Court hereby

**ORDERS AND ADJUDGES** that the Motion is **GRANTED**. The Clerk is directed to unseal all docket entries in this case and return those portions of the file to the public records.

**DONE AND ORDERED** in Miami, Florida, this ___ day of September, 2026.

_______________________________
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record
Sealed Clerk