UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-26045-RS

THE SMILEY COMPANY SPRL,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
_______________________________________/

**NOTICE OF COMPLIANCE**

Plaintiff, THE SMILEY COMPANY SPRL ("Plaintiff"), by and through its undersigned counsel, respectfully submits this Notice of Compliance. Pursuant to the Court's September 11, 2026 Order [ECF No. 26][1] and September 15, 2026 Order [ECF No. 29], copies of each of these Orders were served on the Defendants in this case as well as third-party platform, Amazon, in accordance with the alternative service methods authorized by this Court's August 26, 2026 Order Authorizing Alternative Service [ECF No. 11].

Date: September 15, 2026

Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Email: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*

[1] Because it was initially filed under seal, undersigned counsel did not receive notice of the September 11, 2026 Order dissolving the TRO in this case until it was emailed to counsel on September 15, 2026.