UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-26045-RS

THE SMILEY COMPANY SPRL,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
_______________________________________/

**NOTICE OF FILING PROPOSED ORDER GRANTING**
**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff THE SMILEY COMPANY SPRL, by and through its undersigned counsel, hereby gives notice that the foregoing document is being electronically filed.

Date: September 15, 2026

Respectfully submitted by,

**Richard Guerra**
Richard Guerra
Fla. Bar No. 689521
Email: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

*Counsel for Plaintiff*