UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-26045-RS

THE SMILEY COMPANY SPRL,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.
_____________________________________________/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

Amfor (Defendant No. 4 on Schedule "A" to the Complaint);

CHARLENT (Defendant No. 13 on Schedule "A" to the Complaint);

Cheeroyal (Defendant No. 14 on Schedule "A" to the Complaint);

Drincoshow (Defendant No. 18 on Schedule "A" to the Complaint);

FsAlisa (Defendant No. 23 on Schedule "A" to the Complaint);

HANDA INSTRUMENT (Defendant No. 29 on Schedule "A" to the Complaint);

hanglishiye (Defendant No. 30 on Schedule "A" to the Complaint);

laihuarywa (Defendant No. 40 on Schedule "A" to the Complaint);

LEZIRTOI (Defendant No. 42 on Schedule "A" to the Complaint);

Shenzhen Mizhen Trading Co., Ltd (Defendant No. 57 on Schedule "A" to the Complaint);

TD.Shopthuyduongls (Defendant No. 59 on Schedule "A" to the Complaint);

TJcolin (Defendant No. 61 on Schedule "A" to the Complaint);

Townshine (Defendant No. 62 on Schedule "A" to the Complaint);

Woent (Defendant No. 70 on Schedule "A" to the Complaint); and

zhangyuzzzz (Defendant No. 80 on Schedule "A" to the Complaint).

Date: September 16, 2026

Respectfully submitted by,

**Rafael Perez-Pineiro**
Rafael Perez-Pineiro (Fla. Bar No. 543101)
Attorney Email: rperez@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831

*Attorneys for Plaintiff*