UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-26045-RS

THE SMILEY COMPANY SPRL,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.
_______________________________________/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

guyarns (Defendant No. 28 on Schedule "A" to the Complaint);

littkeef cliaet (Defendant No. 44 on Schedule "A" to the Complaint); and

Uonesone (Defendant No. 65 on Schedule "A" to the Complaint).

Date: September 17, 2026

Respectfully submitted by,

**Rafael Perez-Pineiro**
Rafael Perez-Pineiro (Fla. Bar No. 543101)
Attorney Email: rperez@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831

*Attorneys for Plaintiff*