**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-26045-SMITH**

The Smiley Company SPRL,

Plaintiff,

v.

The Individuals, Partnerships and
Unincorporated Associations
Identified on Schedule "A",

Defendants.

---

**ORDER OF FINAL DISMISSAL WITH PREJUDICE OF CERTAIN DEFENDANTS**

This cause is before the Court upon Plaintiff's Notices of Voluntary Dismissal [DE 36 and 37]. Upon consideration, it is **ORDERED** that the following Defendants are **DISMISSED with prejudice:**

Amfor (Defendant No. 4 on Schedule "A" to the Complaint);
CHARLENT (Defendant No. 13 on Schedule "A" to the Complaint);
Cheeroyal (Defendant No. 14 on Schedule "A" to the Complaint);
Drincoshow (Defendant No. 18 on Schedule "A" to the Complaint);
FsAlisa (Defendant No. 23 on Schedule "A" to the Complaint);
HANDA INSTRUMENT (Defendant No. 29 on Schedule "A" to the Complaint);
hanglishiye (Defendant No. 30 on Schedule "A" to the Complaint);
laihuarywa (Defendant No. 40 on Schedule "A" to the Complaint);
LEZIRTOI (Defendant No. 42 on Schedule "A" to the Complaint);
Shenzhen Mizhen Trading Co., Ltd (Defendant No. 57 on Schedule "A" to the Complaint);
TD.Shopthuyduongls (Defendant No. 59 on Schedule "A" to the Complaint);
TJcolin (Defendant No. 61 on Schedule "A" to the Complaint);
Townshine (Defendant No. 62 on Schedule "A" to the Complaint);
Woent (Defendant No. 70 on Schedule "A" to the Complaint);

zhangyuzzzz (Defendant No. 80 on Schedule "A" to the Complaint);
guyarns (Defendant No. 28 on Schedule "A" to the Complaint);
littkeef cliaet (Defendant No. 44 on Schedule "A" to the Complaint); and
Uonesone (Defendant No. 65 on Schedule "A" to the Complaint).

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of September, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record