**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-26045-SMITH**

The Smiley Company SPRL,

Plaintiff,

v.

The Individuals, Partnerships and
Unincorporated Associations
Identified on Schedule "A",

Defendants.

---

**ORDER OF FINAL DISMISSAL WITHOUT PREJUDICE OF CERTAIN DEFENDANT**

This cause is before the Court upon Plaintiff's Notice of Voluntary Dismissal [DE 41]. Upon consideration, it is **ORDERED** that the following Defendant is **DISMISSED without prejudice:**

LES POULETTES JEWELS (Defendant No. 41 on Schedule "A" to the Complaint).

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of September, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record