**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-26045-SMITH**

The Smiley Company SPRL,

Plaintiff,

v.

The Individuals, Partnerships and
Unincorporated Associations
Identified on Schedule "A",

Defendants.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE 47]. Upon consideration, it is **ORDERED** that:

1. This matter against all remaining Defendants identified in Schedule A to the Complaint is **DISMISSED without prejudice**.
2. Each party shall bear its own attorney's fees and costs.
3. All pending motions are denied as moot.
4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of October, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record